**PUBLISHED**
July 5, 1996

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 94-2230(L)
CA-92-1099-3

Sony Corporation of America, now known as Sony
Electronics, Inc.,

Plaintiff - Appellee,

versus

Bank One, West Virginia, Huntington NA,
formerly known as First Huntington National
Bank, N.A.,

Defendant - Appellant,

versus

The Stereo Factory, Incorporated,

Defendant - Appellee.

_ _ _ _ _ _ _ _ _

O R D E R

_ _ _ _ _ _ _ _ _

Appellant Bank One, West Virginia, Huntington, NA filed a petition for rehearing with suggestion for rehearing en banc, and Appellee Sony Corporation filed an answer to the petition and suggestion.

A member of the Court requested a poll on the suggestion for rehearing en banc, and a majority of the judges voted to deny rehearing en banc. Judge Widener, Judge Murnaghan, Judge Niemeyer, Judge Michael, and Judge Motz voted to rehear the case en banc.

Chief Judge Wilkinson, Judge Russell, Judge Hall, Judge Ervin, Judge Wilkins, Judge Luttig, and Judge Williams voted against rehearing en banc.

The Court denies the petition for rehearing with suggestion for rehearing en banc.

Entered at the direction of Judge Russell.  Judge Widener dissents.

For the Court


/s/ Bert M. Montaque
Clerk